

**NUMBER 13-21-00009-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

**IN RE CHRISTOPHER WAYNE HOLT**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

By petition for writ of mandamus, pro se relator Christopher Wayne Holt seeks to compel the trial court to vacate its order referring the underlying case to mediation, set relator's motion for enforcement for hearing, rule on relator's motion for substitute service, and order real party in interest Michelle Ann Fraze to personally appear in the proceedings below.[1] *See* TEX. FAM. CODE ANN. § 157.061(a) ("On filing a motion for enforcement requesting contempt, the court shall set the date, time, and place of the hearing and order

---

[1] This case arises from trial court cause number 09-01754-00-0D in the 105th District Court of Nueces County, Texas.

the respondent to personally appear and respond to the motion."). Relator has also filed a motion for emergency stay and temporary relief though which he seeks to stay the order of referral to mediation and other trial court proceedings pending resolution of this petition for writ of mandamus. *See* TEX. R. APP. P. 52.10.

The Court, having examined and fully considered relator's motion for emergency stay and temporary relief, is of the opinion that it should be granted. Accordingly, we grant the motion, and we order mediation and all trial court proceedings to be stayed pending resolution of this petition for writ of mandamus. *See id.* The Court requests that the real party in interest, Michelle Ann Fraze, or any others whose interest would be directly affected by the relief sought, including but not limited to Jeanette Cantu-Bazar and the Office of the Attorney General, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed on the
13th day of January, 2021.

2